MARY'S OPINION HEADING 



 

NO. 12-01-00044-CV

IN THE COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS


JAMES W. THOMPSON,§

 APPEAL FROM THE 173RD

APPELLANT





V.

§

 JUDICIAL DISTRICT COURT OF



CARMEN KAY WARE, INDIVIDUALLY 

AND AS ATTORNEY IN FACT FOR CARMEN 

THOMPSON, M.E. GOODMAN, III., 

§

 HENDERSON COUNTY, TEXAS

PEYTON L. GOODMAN ADAMS AND

DAVID MONK,

APPELLEES



 

PER CURIAM

 This appeal is being dismissed for want of prosecution. Tex. R. App. P. 42.3(b). Appellant perfected his appeal on
February 7, 2001. Thereafter, the record was filed on May 2, 2001, making Appellant's brief due on or before June 1, 2001. 
When Appellant failed to file his brief within the required time, this Court notified him on June 15, 2001 that the brief was
past due, and it warned that if no response explaining the delay was received by June 25, 2001, the appeal would be
dismissed for want of prosecution under Tex. R. App. P. 42.3(c) and Tex. R. App. P. 38.8(a)(1). 

 As of July 3, 2001, Appellant has neither tendered his brief nor otherwise responded to this Court's notice. Accordingly,
Appellant's appeal is dismissed for want of prosecution pursuant to Tex. R. App. P. 38.8(a)(1) and 42.3.(b).

Opinion delivered July 11, 2001.

Panel consisted of Davis, C.J., Worthen, J., and Griffith, J.



DO NOT PUBLISH